UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS FERGUSON, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
|          v. | ) 1:20-cv-00021 |
| | ) |
| WARDEN, Maine State Prison, | ) |
| | ) |
|    Respondent. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Thomas Ferguson moves under 28 U.S.C.A. §§ 2254 (West 2020) for relief from a state court judgment of conviction (ECF No. 1). United States Magistrate Judge John C. Nivison filed his Recommended Decision on Ferguson's motion on March 31, 2020 (ECF No. 10), pursuant to 28 U.S.C.A. § 636(b)(1)(B) and Rule 8(b) of the Rules Governing Section 2254 Cases. Neither party filed an objection to the Recommended Decision. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 10) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2254 motion (ECF No. 1) is **DISMISSED without prejudice**.

**SO ORDERED.**

**Dated this 9th day of June, 2020.**

                                                      /s/ JON D. LEVY
                                       **CHIEF U.S. DISTRICT JUDGE**